10/22/03 roa ret.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY SINCHAK

VS.

WARDEN MARK STRANGE

CV. NO. 3:00CV34-SRU

USCA NO.

RECORD ON APPEAL

FILED
OCT 22  3 13 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.