## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY SINCHAK,<br>    Petitioner,<br><br>v.<br><br>WARDEN STRANGE,<br>    Respondent. | :<br>:<br>:    CIVIL ACTION NO.<br>:    3:00cv34 (SRU)<br>:<br>:<br>:<br>: |

## **NOTICE**

On July 28, 2003, I stayed this action to allow the petitioner, Anthony Sinchak, to exhaust his available state court remedies. I ordered Sinchak to report to the court no later than thirty days after exhausting his state court remedies. Sinchak has filed nothing with this court in over a year.

Sinchak is ordered to file a written status report with the court by **November 5, 2004**, explaining the status of his claims in state court. **Failure to file this report will result in this case being dismissed for failure to exhaust.** If Sinchak has exhausted his state court remedies, he is also ordered to file, by November 5, 2004, a motion to lift the stay in this case and an amended petition for writ of habeas corpus containing all the claims he seeks to have this court consider.

It is so ordered.

Dated at Bridgeport, Connecticut, this 5th day of October 2004.

                                                                                   /s/ Stefan R. Underhill
                                                                                      Stefan R. Underhill
                                                                                     United States District Judge