UNITED STATES
DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 22 P 4:01
DISTRICT COURT

ANTHONY SINCHAK          CIVIL ACTION NO.
V.                       3:00 CV 34
WARDEN STRANGE           (SRU)

REPORT

PURSUANT TO THE ORDER OF THIS COURT (ON THE 5TH DAY OF OCTOBER, 2004) BY THE HONORABLE STEFAN R. UNDERHILL, UNITED STATES DISTRICT JUDGE, COMES THE PETITIONER, ANTHONY SINCHAK, WITH THE FOLLOWING STATUS REPORT:

1) PETITIONERS STATE HABEAS CORPUS PETITION (TITLED SINCHAK V. WARDEN, CV00-800827) IS STILL <u>PENDING</u> IN CONNECTICUT SUPERIOR COURT

2) PETITIONERS STATE HABEAS CORPUS PETITION HAS BEEN ASSIGNED TO A SPECIAL PUBLIC DEFENDER FOR LITIGATION (ATTORNEY DONALD O'BRIEN, 132 FIRETOWN RD., SIMSBURY, CT. 06070 TELEPHONE NO. (860) 408-9600) AND IS CURRANTLY IN PREPARATION FOR LITIGATION

RESPECTFULLY SUBMITTED,
THIS DATE, OCTOBER 18, 2004

*A.J. Sinchak* (signature)
A.J. SINCHAK

(CONTINUED ON P2)

PAGE 2                CERTIFICATION

I HEREBY CERTIFY, UNDER PENALTY OF PURJURY THAT A TRUE COPY OF THE FORGOING STATUS REPORT, SUBMITTED TO THE UNITED STATES DISTRICT COURT (DATED OCTOBER 18TH, 2004) WAS MAILED VIA UNITED STATES MAIL, FIRST CLASS TO COUNSEL OF RECORD FOR THE RESPONDENT; CAROLYN K. LONGSTRETH ESQ

    CHIEF STATES ATTOREYS OFFICE
    300 CORPORATE PLACE,
    ROCKY HILL, CT. 06067

ON THIS DATE, OCTOBER 18TH, 2004. RESPECTFULLY SUBMITTED, SIGNED, AND MAILED THIS DATE, OCTOBER 18TH, 2004

*[signature]*

    ANTHONY J. SINCHAK
    (PRO SE)
    #64249
    CCIC
    900 HIGHLAND AVE.
    CHESHIRE, CT.
    06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY SINCHAK,<br>Petitioner,<br><br>v.<br><br>WARDEN STRANGE,<br>Respondent. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   3:00cv34 (SRU)<br>:<br>:<br>:<br>: |

**NOTICE**

On July 28, 2003, I stayed this action to allow the petitioner, Anthony Sinchak, to exhaust his available state court remedies. I ordered Sinchak to report to the court no later than thirty days after exhausting his state court remedies. Sinchak has filed nothing with this court in over a year.

Sinchak is ordered to file a written status report with the court by **November 5, 2004**, explaining the status of his claims in state court. **Failure to file this report will result in this case being dismissed for failure to exhaust.** If Sinchak has exhausted his state court remedies, he is also ordered to file, by November 5, 2004, a motion to lift the stay in this case and an amended petition for writ of habeas corpus containing all the claims he seeks to have this court consider.

It is so ordered.

Dated at Bridgeport, Connecticut, this 5th day of October 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge