UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY SINCHAK<br>    Petitioner | : | CIVIL NO. 3:00CV34(SRU)(WIG) |
| v. | : | |
| WARDEN STRANGE,<br>    Respondent | : | JULY 19, 2005 |

## APPEARANCE

Please enter the appearance of:

> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Tel. (860) 258-5887
> Fax. (860) 258-5968
> Federal Bar No. ct 05318

for the respondent.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to Anthony Sinchak, pro se, Inmate #64249, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT 06410 on July 19, 2005.

_____
MICHAEL E. O'HARE

Supervisory Assistant State's Attorney

Case 3:00-cv-00034-SRU    Document 51    Filed 07/20/2005    Page 2 of 2