UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY SINCHAK, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:00cv34 (SRU) |
| | : | |
| WARDEN STRANGE, | : | |
| Respondent. | : | |
| | : | |

## NOTICE

On July 28, 2003, I stayed this action to allow the petitioner, Anthony Sinchak, to exhaust his available state court remedies. On 10/22/04 Sinchak reported to the court that his habeas petition was still pending in Superior Court. Sinchak has filed nothing with this court since 10/22/04.

Sinchak is again ordered to file a written status report with the court by **September 23, 2005**, explaining the status of his claims in state court. **Failure to file this report will result in this case being dismissed for failure to exhaust.** If Sinchak has exhausted his state court remedies, he is also ordered to file, by October 5, 2005, a motion to lift the stay in this case and an amended petition for writ of habeas corpus containing all the claims he seeks to have this court consider.

It is so ordered.

Dated at Bridgeport, Connecticut, this 31st day of August 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge