UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 12 P 4: 29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ANTHONY SINCHAK

V.

WARDEN STRANGE

CIVIL ACTION NO.
3:00 CV 34 (SRU)

SEPTEMBER, 7, 2005

## STATUS REPORT

PURSUANT TO THE ORDER OF THIS COURT, ON THE 31st DAY OF AUGUST 2005, BY THE HONORABLE STEFAN R. UNDERHILL, UNITED STATES DISTRICT JUDGE, COMES THE PETITIONER, ANTHONY SINCHAK, WITH THE FOLLOWING STATUS REPORT,

1) PETITIONERS STATE HABEAS CORPUS PETITION, TITLED; SINCHAK V. WARDEN, CV00-800827 IS STILL PENDING IN CONNECTICUT SUPERIOR COURT

2) PETITIONERS STATE HABEAS CORPUS PETITION HAS BEEN ASSIGNED TO A SPECIAL PUBLIC DEFENDER FOR LITIGATION; ATTORNEY DONALD O'BRIEN, 132 FIRETOWN RD., SIMSBURY, CT. 06070, TELEPHONE NO. (860)408-9600 AND IS CURRANTLEY BEING INVESTIGATED AND PREPARED FOR LITIGATION

3) PETITIONER HAS ALSO SUBMITTED HIS CASE FOR INVESTIGATION TO THE CONNECTICUT INNOCENCE PROJECT, KAREN A. GOODROW CO-CHAIR, OFFICE OF THE CHIEF PUBLIC DEFENDER, 30 TRINITY ST. 4TH FLOOR, HARTFORD, CT. 06106. TELEPHONE NO. (860)870-3280 THIER INVESTIGATION IS PENDING.

-1-

4) IN ADDITION PETITIONER HAS INSTITUTED HIS OWN INVESTIGATION IN ORDER TO EXPIDITE LITIGATION OF THIS MATTER BY FILING FREEDOM OF INFORMATION REQUESTS WITH THE INVESTIGATORY AGENCIES INVOLVED IN THIS CASE (REQUESTS MADE UNDER CONNECTICUT GENERAL STATUTES 1-210a)

   A) A REQUEST WAS MADE TO THE CONNECTICUT STATE POLICE FOR ACCESS TO FILES, AND THEY COMPLIED

   B.) A REQUEST WAS MADE TO THE SHELTON, CONNECTICUT POLICE FOR ACCESS TO FILES, AND THEY COMPLIED

   C.) A REQUEST WAS MADE TO THE WATERBURY, CONNECTICUT POLICE FOR ACCESS TO FILES, AND THEY DENIED ACCESS. ON FEBUARY 4, 2004 THE CONNECTICUT FREEDOM OF INFORMATION COMMISSION ORDERED THE W.P.D. TO TURN OVER THE REQUESTED RECORDS. THE W.P.D. SUBSEQUENTLEY FILED AN APPEAL OF THAT ORDER (DOCKET NO. HHB CV 04 0526292 S, SUPERIOR COURT, 20 FRANKLIN SQUARE, NEW BRITAIN, CT. 06050) WHICH WAS SUBSEQUENTLEY WITHDRAWN ON MARCH 30, 2005 BY ATTNY. CHARLES E OMAN III, OFFICE OF THE CORPORATION COUNSEL, CITY OF WATERBURY, TELEPHONE NO. (203) 574-6731. HOWEVER, NO ATTEMPT WAS MADE TO COMPLY WITH THE ORDER OF FEBUARY 4, 2004. PETITIONER NOTIFIED THE FREEDOM OF INFORMATION COMMISSION OF THE W.P.D. NON-COMPLIANCE. A NEW HEARING IS NOW SCHEDULED SEPTEMBER 19, 2005 (UNDER A NEW DOCKET NO. FIC 2005-293.)

   D.) A REQUEST WAS ALSO MADE TO H. WAYNE CARVER II, M.D., OFFICE OF THE CHIEF MEDICAL EXAMINER, FOR COPIES OF THE

AUTOPSY REPORT, WHICH PETITIONER ALSO NEEDS TO PREPARE HIS AMENDED PETITION IN THIS LITIGATION. PETITIONER REQUESTED THE AUTOPSY REPORT PURSUANT TO CONNECTICUT GENERAL STATUTE NO. 19a-411, WHICH ALLOWS THE AUTOPSY TO BE DISCLOSED TO THE ATTORNEY OF RECORD IN A CRIMMINAL LITIGATION. PETITIONERS REQUEST HAS BEEN DENIED BY DR. H. WAYNE CARVER II, M.D. OFFICE OF THE CHIEF MEDICAL EXAMINER, 11 SHUTTLE ROAD, FARMINGTON, CT. TELEPHONE NO. (860) 679-3980 AND BY THE STATES ATTORNEY, WATERBURY J.D., JOHN A CONNELLY ESQ, 400 GRAND STREET, WATERBURY, CT. 06722, WHO DO NOT WISH TO RECOGNIZE MY STATUS AS ATTORNEY OF RECORD (PRO SE) ON THIS PETITION.

I AM CURRANTLY TRYING TO GAIN THE AUTOPSY WITHOUT HAVING TO INITIATE LITIGATION OF THAT ISSUE

THE PETITIONER IS TRYING EVERY AVENUE TO EXPIDITE THIS LITIGATION ON BOTH THE STATE AND FEDERAL LEVEL. IN ORDER TO DO THIS THE PETITIONER NEEDS ACCESS TO DOCUMENTS AND FILES NOT NOW IN HIS POSSESSION. THE WATERBURY POLICE DEPT., THE WATERBURY STATES ATTORNEY (JOHN CONNELLY), AND THE MEDICAL EXAMINER ARE CURRENTLY BLOCKING THOSE EFFORTS. DURING THE PAST SEVERAL

PETITIONER PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS AND PATIENT WITH HIS PETITION.

RESPECTFULLY SUBMITTED, THIS DATE, SEPTEMBER 7, 2005



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 31 A 11: 51

ANTHONY SINCHAK,
Petitioner,

v.

WARDEN STRANGE,
Respondent.

CIVIL ACTION NO.
3:00cv34 (SRU)

## NOTICE

On July 28, 2003, I stayed this action to allow the petitioner, Anthony Sinchak, to exhaust his available state court remedies. On 10/22/04 Sinchak reported to the court that his habeas petition was still pending in Superior Court. Sinchak has filed nothing with this court since 10/22/04.

Sinchak is again ordered to file a written status report with the court by **September 23, 2005**, explaining the status of his claims in state court. **Failure to file this report will result in this case being dismissed for failure to exhaust.** If Sinchak has exhausted his state court remedies, he is also ordered to file, by October 5, 2005, a motion to lift the stay in this case and an amended petition for writ of habeas corpus containing all the claims he seeks to have this court consider.

It is so ordered.

Dated at Bridgeport, Connecticut, this 31st day of August 2005.

Stefan R. Underhill
United States District Judge