UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR -7 P 4:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ANTHONY SINCHAK                    CIVIL ACTION NO.

V.                                 3:00 CV 34 (SRU)

WARDEN STRANGE                     APRIL 5, 2006

## STATUS REPORT

1.) PETITIONERS STATE HABEAS CORPUS PETITION, TITLED; SINCHAK V WARDEN NO. CV00-800827 IS STILL PENDING IN CONNECTICUT SUPERIOR COURT

2.) PETITIONER IS REPRESENTED ON THE AFORSAID PETITION FOR WRIT OF HABEAS CORPUS IN CONNECTICUT SUPERIOR COURT BY SPECIAL PUBLIC DEFENDER DONALD O'BRIEN, 132 FIRETOWN ROAD, SIMSBURY, CT. 06070, TELEPHONE NUMBER; (860)408-9600 AND IS CURRANTLEY BEING PREPARED FOR LITIGATION

3.) PETITIONERS SPECIAL PUBLIC DEFENDER, DONALD O'BRIEN, JUST BEGAN A MURDER TRIAL IN WATERBURY (THE "MARYANN MEASLES MURDER CASE"). THIS LITIGATION IS EXPECTED TO LAST SEVERAL MONTHS

4.) PETITIONERS CASE IS ALSO STILL UNDER INVESTIGATION BY THE CONNECTICUT INNOCENCE PROJECT, A DIVISION OF THE

-1-

STATE OF CONNECTICUT, OFFICE OF THE PUBLIC-DEFENDER, ATTORNEY KAREN A GOODROW, CO-CHAIR, 30 TRINITY STREET, 4TH FLOOR, HARTFORD, CT. 06106. TELEPHONE NUMBER; (860) 870-3250. THEY HAVE BEEN INVESTIGATING THE PETITIONERS CASE FOR OVER A YEAR NOW. THIER INVESTIGATION IS STILL PENDING

5) IN ADDITION THE PETITIONER HAS INSTITUTED HIS OWN INVESTIGATION IN ORDER TO EXPIDITE LITIGATION OF THIS MATTER BY FILING FREEDOM OF INFORMATION REQUESTS WITH THE INVESTIGATORY AGENCIES INVOLVED IN THIS CASE. (REQUESTS WERE MADE UNDER CONNECTICUT GENERAL STATUTE NUMBER 1-210 ET AL)

    A.) A REQUEST WAS MADE TO THE CONNECTICUT STATE POLICE AND THEY COMPLIED.

    B.) A REQUEST WAS MADE TO THE SHELTON CONNECTICUT POLICE, AND THEY COMPLIED

    C.) A REQUEST WAS MADE TO THE WATERBURY CONNECTICUT POLICE, FOR ACCESS TO FILES, AND THEY DENIED ACCESS. THE PETITIONER REQUESTED A HEARING WITH THE CONNECTICUT FREEDOM OF INFORMATION COMMISSION, AND WAS DENIED A HEARING BASED SOLELY ON THE FACT THAT HE WAS A PRISONER. THE PETITIONER THEN INSTIGATED LITIGATION (SINCHAK V. THE FREEDOM OF INFORMATION COMMISSION NO. CV 03-0826293) IN CONNECTICUT SUPERIOR COURT, TO ENFORCE HIS DUE PROCESS RIGHT TO A HEARING. THE PETITIONER SUBSEQUENTLEY WON AN ORDER TO GAIN A HEARING ON HIS COMPLAINT AGAINST

THE WATERBURY POLICE DEPT., ON FEBUARY 4, 2004 THE CONNECTICUT FREEDOM OF INFORMATION COMMISSION ORDERED THE WATERBURY POLICE DEPT. TO TURN OVER THE REQUESTED RECORDS. THE WATERBURY POLICE DEPT. SUBSEQUENTLEY FILED AN APPEAL OF THAT ORDER (WATERBURY POLICE DEPT. V. FREEDOM OF INFORMATION DOCKET NO. CV 04-0526292). HOWEVER, ON MARCH 30TH 2005 THAT APPEAL WAS WITHDRAWN BY ATTNY. CHARLES OMAN III, OFFICE OF THE CORPARATION COUNSEL, CITY OF WATERBURY, TELEPHONE NUMBER: (203) 574-6731. ORIGINAlly, NO ATTEMPT WAS MADE TO COMPLY WITH THE FEBUARY 4, 2004 ORDER OF THE FREEDOM OF INFORMATION COMMISSION, SO THE PETITIONER FILED AN ADDITIONAL COMPAINT WITH THEM. (DOCKET NO. 2005-293 FIC) AND A HEARING WAS HELD ON SEPTEMBER 19, 2005. SCINCE THAT HEARING PETITIONER HAS BEEN DEALING DIRECTLEY WITH ATTNY. CHARLES OMAN III TO ENSURE COMPLIANCE. WHILE COMPLIANCE IS NOT YET COMPLETE IT SEEMS FORTHCOMING IN THE NEXT SEVERAL MONTHS.

   D.) A REQUEST WAS ALSO MADE TO H. WAYNE CARVER II M.D., OFFICE OF THE CHIEF MEDICAL EXAMINER FOR COPIES OF THE AUTOPSY REPORTS/PHOTOGRAPHS, WHICH THE PETITIONER ALSO NEEDS TO PREPARE HIS AMENDED PETITION IN THIS LITIGATION. DOCTER CARVER II M.D. DENIED THE PETITIONER ACCESS TO THESE FILES AND THE PETITIONER SUBSEQUENTLY FILED AN APPEAL TO THE FREEDOM OF INFORMATION COMMISSION. THIS APPEAL WAS HEARD, AND LOST BY THE PETITIONER. THE PETITIONER APPEALED THIS DECISION TO THE CONNECTICUT

SUPERIOR COURT (ALSO TITLED SINCHAK V. FREEDOM OF INFORMATION COMMISSION ET AL, DOCKET NO. CV 06 4019268) AND THIS CASE WAS SETTLED ON MARCH 23, 2006, WHEN THE PETITIONER RECIEVED All THE AUTOPSEY REPORTS/PHOTOGRAPHS AS A CONDITION TO WITHDRAW HIS COMPLAINT.

THE PETITIONER IS NOW SEARCHING FOR A FORENSIC EXPERT TO REVIEW THIS INFORMATION TO PREPARE FOR LITIGATION.

## CONCLUSION

THE PETITIONER IS TRYING EVERY AVENUE TO EXPIDITE THIS LITIGATION ON BOTH THE STATE AND FEDERAL LEVEL. IN ORDER TO GAIN THE DOCUMENTS NEEDED FOR THIS THE PETITIONER HAS HAD TO LITIGATE SEVERAL APPEALS PRO SE IN CONNECTICUT SUPERIOR COURTS TO GAIN ORDERS TO OBTAIN THE NEEDED DOCUMENTS. IN ADDITION, THE PETITIONER HAS BEEN IMPLORING BOTH HIS SPECIAL PUBLIC DEFENDER (DONAL O'BRIEN) AND THE CONNECTICUT INNOCENSE PROJECT ATTORNEY (KAREN GOODROW) TO EXPIDITE THIER EFFORTS

PETITIONER WILL CONTINUE IN THESE EFFORTS AND THE PETITIONER PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS, AND PATIENT WITH HIS PETITION.

RESPECTFUllY SUBMITTED,

*[signature]* APRIL 5, 2006
A.J. SINCHAK #64249 (PRO SE)
CCIC 900 HIGHLAND AVE.
CHESHIRE, CT. 06410

CERTIFICATION

I HEARBY CERTIFY, UNDER PENALTY OF PURJURY, THAT A TRUE COPY OF THE FORGOING STATUS REPORT, SUBMITTED TO THE U.S. DISTRICT COURT (DATED APRIL 5, 2006) WAS SENT VIA U.S. MAIL, 1ST CLASS TO THE COUNSEL FOR THE RESPONDANT:

    MICHAEL E O'HARE
    OFFICE OF THE CHIEF STATES ATTORNEY
    300 CORPORATE PLACE
    ROCKY HILL, CT. 06067

ON THIS DATE, APRIL 5, 2006.

RESPECTFULLY SUBMITTED, SIGNED, AND MAILED THIS DATE; APRIL 5, 2006

*[signature]*

A.J. SINCLAIR (PRO SE)
※ 64249
CCIC 900 HIGHLAND AVE.
CHESHIRE, CT. 06410.