UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 FEB -5 P 4:41

SINCHAK

V

WARDEN

CIVIL ACTION NO.
3:00 CV 34 (SRU)

FEBUARY 1, 2007

## STATUS REPORT

1.) HEARINGS HAVE BEGUN IN THE PETITIONERS STATE PETITION FOR WRIT OF HABEAS CORPUS, TITLED, SINCHAK V. WARDEN, NO. CV00-800827, IN ROCKVILLE SUPERIOR COURT, 20 PARK STREET, ROCKVILLE, CONNECTICUT, 06066, ON DECEMBER 1ST, 2006.

2.) HEARINGS ARE CONTINUED UNTIL MARCH 23rd, 2007.

3.) PETITIONER ESTIMATES THAT THERE WILL BE AT LEAST THREE TO FIVE HEARING DATES TO ACCOMODATE THE PETITIONERS WITNESS LIST.

4.) PETITIONER CANNOT, AT THIS TIME, ESTIMATE THE STATES WITNESS LIST

5.) PETITIONER IS REPRESENTED ON THE AFORSAID PETITION BY SPECIAL PUBLIC DEFENDER, DONALD O'BRIEN, 132 FIRETOWN ROAD, SIMSBURY, CONNECTICUT, 06070. TELEPHONE NO. (860) 408-9600

## CONCLUSION

THE PETITIONER IS TRYING EVERY AVENUE TO EXPIDITE THIS LITIGATION. THE PETITIONER WILL CONTINUE IN THESE EFFORTS, AND PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS, AND PATIENT WITH HIS PETITION.

## CERTIFICATION

I HEREBY CERTIFY, UNDER PENALTY OF PURJURY, THAT A TRUE COPY OF THE FORGOING STATUS REPORT TO THE COUNSEL FOR THE RESPONDANT:

MICHAEL E. O'HARE
OFFICE OF THE CHIEF STATES ATTORNEY
300 CORPORATE PLACE
ROCKY HILL, CT.
06067

ON THIS DATE, FEBUARY 1ST, 2007, RESPECTFULLY SUBMITTED, SIGNED, AND MAILED, THIS DATE, FEBUARY 1ST, 2007

A.J. SINCHAK (PRO SE) #64249
CCIC 900 HIGHLAND AVENUE
CHESHIRE, CONNECTICUT
06410