UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 OCT -5 P 3:55
U.S. DISTRICT COURT
BRIDGEPORT CONN

SINCHAK
V
WARDEN

CIVIL ACTION NO.
3:00 CV 34 (SRU)

OCTOBER 3, 2007

STATUS REPORT

1.) PETITIONES STATE PETITIONS FOR WRIT OF HABEAS CORPUS, TITLED, SINCHAK V WARDEN, NO. CV00-800827, AND SINCHAK V. WARDEN, NO. CV07-4001895 S ARE NOW AT THE APPEALATE COURT LEVEL.

2.) ATTORNEY LAUREN WEISFELD OF THE STATE PUBLIC DEFENDERS OFFICE HAS FILED AN APPEARANCE IN THE ABOVE TITLED ACTIONS. (SEE ATTACHED APPEARANCE FILED WITH THE STATE APPELLATE/SUPREME COURT

3.) PETITIONER WILL NOTIFY THIS HONORABLE COURT AS TO THE STATUS OF THIS CASE, IN A TIMELY MANNER AND PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS, AND PATIENT WITH HIS PETITION.

RESPECTFULLY SUBMITTED, THIS DATE, OCTOBER 3, 2007,

*[signature]* PRO SE
A.J. SINCHAK #64249
CCI- 900 HIGHLAND AVE., CHESHIRE, CONNECTICUT, 06410

CERTIFICATION

I HEREBY CERTIFY, UNDER PENALTY OF PURJURY, THAT A TRUE COPY OF THE FORGOING STATUS REPORT WAS MAILED U.S. MAIL, 1ST CLASS, TO THE COUNSEL FOR THE RESPONDANT LISTED BELOW:

> ATTNY MICHAEL E. O'HARE
> OFFICE OF THE CHIEF STATES ATTORNEY
> 300 CORPORATE PLACE
> ROCKY HILL, CT. 06067

ON THIS DATE, OCTOBER 3, 2007

RESPECTFULLY SUBMITTED,

*A.J. Sinchak* (signature)

A.J. SINCHAK #64249 PRO SE
CCIC 900 HIGHLAND AVE
CHESHIRE, CT.
06410

# STATE OF CONNECTICUT
## APPELLATE/SUPREME COURT

**DOCKET NO.** AC

**NAME OF CASE**
Anthony Sinchak v. Commissioner of Correction

[x] Appellate Court   [ ] Supreme Court

**ADDRESS OF COURT:** 231 Capitol Avenue, Hartford, CT 06106

▼ **PLEASE ENTER THE APPEARANCE OF** ▼

**NAME OF OFFICIAL, FIRM, PROFESSIONAL CORP or INDIVIDUAL ATTY**
Office of Chief Public Defender – Legal Services Unit

**MAILING ADDRESS:** 2911 Dixwell Avenue, 4th Floor

**JURIS NO.** 401722

**CITY/TOWN:** Hamden   **STATE:** CT   **ZIP CODE:** 06518   **TELEPHONE NO.** (203) 867-6150   **FACSIMILE NO.** (203) 867-6157

**in the above-entitled case for:** ("X" appropriate box)

[x] The Plaintiff.
[ ] The Defendant.
[ ] The Petitioner-Appellant.
[ ] The following Defendant(s) only: _____

*Note: If other counsel have already appeared for the party or parties indicated above, state whether this appearance is:*

[x] In lieu of appearance of attorney or firm (Name) Donald O'Brien JN 102778 Anthony Sinchak pro se already on file  OR
[ ] In addition to appearance already on file.

**SIGNED** (Individual attorney or pro se party): *Lauren Weisfeld* (signature)
**NAME OF PERSON SIGNING AT LEFT:** Lauren Weisfeld
**DATE SIGNED:** 8/7/07

### CERTIFICATION

I hereby certify that a copy of the above was mailed/delivered to:

[x] All counsel and pro se parties of record. (For summary process and criminal actions)
[x] Counsel or the party whose appearance is to be replaced. (For "in lieu of" appearances)

**SIGNED** (Individual attorney or pro se party): x *Lauren Weisfeld* (signature)
**DATE COPY(IES) MAILED OR DELIVERED:** 8/7/07

**FOR COURT USE ONLY**

| NAME OF EACH PARTY SERVED | ADDRESS AT WHICH SERVICE WAS MADE |
|---|---|
| Donald O'Brien<br>Anthony Sinchak | 132 Firetown Road, Simsbury, CT 06070<br>#64249, Cheshire CI |
| State's Attorney | 400 Grand Street, Waterbury, CT 06702 |

**APPEARANCE**