MAR 10 2008

FILED

2008 MAR 25 P 2:55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SINCHAK

V

WARDEN

CIVIL ACTION NO.

3:00 CV 34 (SRU)

MARCH 3, 2008

STATUS REPORT

1) PETITIONERS STATE PETITIONS FOR WRIT OF HABEAS CORPUS, TITLED, SINCHAK V. WARDEN, NO. CV00-800827, AND SINCHAK V. WARDEN, NO. CV07-4001895-S ARE NOW AT THE STATE APPELLATE COURT LEVEL

2) PETITIONERS CASE WAS TRANSFERED FROM ATTORNEY LAUREN WEISFELD, OF THE STATE PUBLIC DEFENDERS OFFICE TO ATTORNEY AARON ROMANO, AND CYNTHIA FERNANDEZ-ROMANO OF THE LAW FIRM OF FERNANDEZ AND ROMANO, P.C., THE WINTON BUILDING, 45 WINTONBURY AVE., SUITE 107, BLOOMFIELD, CT. 06002. TELEPHONE (860) 286-9026

3) ON JANUARY 28, 2008 THE PETITIONERS ATTORNEY FILED TWO MOTIONS (ATTACHED) TITLED "UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF" (TITLE OF PETITIONERS CASES NOW CHANGED TO SINCHAK V COMMISSIONER OF CORRECTION, NO. AC29193, AND SINCHAK V COMMISSIONER OF CORRECTION, NO. AC 290068)

4) TO DATE THERE IS NO ADDITIONAL MOVEMENT IN THIS CASE ON THE STATE LEVEL.

5) THE PETITIONER WILL NOTIFY THIS HONORABLE COURT AS TO THE STATUS OF THIS CASE, IN A TIMELY MANNER, AND PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS, AND PATIENT WITH HIS PETITION.

RESPECTFULLY SUBMITTED, THIS DATE, MARCH 3, 2008   MARCH 20, 2008

A.J. SINCHAK # 64249 (PRO SE)
CCI  900 HIGHLAND AVE
CHESHIRE, CT.
06410.

A.C. 29193

ANTHONY SINCHAK APPELLATE COURT

v. STATE OF CONNECTICUT

COMMISSIONER OF CORRECTION JANUARY 28, 2008

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Practice Book §66-1, §66-2, §60-2, and §60-3 the Appellant in the above-named case through his undersigned counsel, hereby moves this Court for an extension of time to and including March 31, 2008 within which to file the Appellant's brief. The current due date for the Appellant's brief is January 31, 2008.

The State does not object to the granting of this motion and the appellant is in the custody of the Department of Corrections.

### I. HISTORY OF THE CASE:

On July 25, 2007, the Appellant submitted a petition for a writ of habeas corpus. On August 8, 2007, the Honorable Patricia Swords, J. entered a judgement of dismissal, taken on the papers, pursuant to Connecticut Practice Book §23-29(4) stating that the claims made were premature or moot. The Appellant timely filed this appeal.

### II. SPECIFIC FACTS:

The undersigned is a Special Public Defender from the Office of Public Defender, Appeals Unit. The undersigned received this appeal in addition to the Appellant's second habeas corpus appeal docket number A.C. 29068. The file as received from the Office of the Public Defender is incomplete and the undersigned is in the process of obtaining all necessary documentation related to this Appellant's files including trial transcripts and court

files. In addition, the undersigned also has a full case load of civil matters which also demand immediate attention.

Based on this workload, the undersigned, on behalf of the Appellant, requests an extension of time to file the Appellant's brief in this case to and including March 31, 2008. This is essential to ensure that the Appellant is provided with effective assistance of counsel. As noted, counsel for the State does not object to the granting of this motion.

## III. LEGAL GROUNDS:

This motion is brought pursuant to C.P.B. §66-1, §66-2, §60-2, §60-3, and to the indigent defendant-appellant's constitutional right to the effective assistance of counsel.

Respectfully submitted,
Anthony Sinchak
Appellant
By: [signature]

Cynthia Fernandez-Romano, Esq.
Firm Juris No. 423369
Fernandez & Romano, P.C.
45 Wintonbury Avenue Suite 107
Bloomfield, CT 06002
Tel. (860) 286-9026
Fax (860) 286-9028

A.C. 29068

ANTHONY SINCHAK | APPELLATE COURT

v. | STATE OF CONNECTICUT

COMMISSIONER OF CORRECTION | JANUARY 28, 2008

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Practice Book §66-1, §66-2, §60-2, and §60-3 the petitioner-appellant in the above-named case, through his undersigned counsel, hereby moves this Court for an extension of time to and including March 31, 2008 within which to file the defendant-appellant's motion for articulation and rectification. The current due date for the brief of the petitioner-appellant is January 31, 2008.

The State does not object to the granting of this motion and the appellant is in the custody of the Department of Corrections.

### I. HISTORY OF THE CASE:

On December 1, 2006 and March 23, 2007, the Honorable Patricia Swords, J. held a hearing regarding the Appellant' petition for writ of habeas corpus. The Appellant filed a petition for certification to appeal which was denied by the court. On June 29, 2007, the court issued its memorandum of decision. The Appellant timely filed this appeal.

### II. SPECIFIC FACTS:

The undersigned is a Special Public Defender from the Office of Public Defender, Appeals Unit. The undersigned received this appeal in addition to the Appellant's second habeas corpus appeal docket number A.C. 29193. The file as received from the Office of the Public Defender is incomplete and the undersigned is in the process of obtaining all

necessary documentation related to this Appellant's files including court files. This is a voluminous file which will require many hours to review. In addition, the undersigned also has a full case load of civil matters which also demand immediate attention.

Based on this workload, the undersigned, on behalf of the Appellant, requests an extension of time to file the petitioner-appellant's motion for rectification and articulation in this case to and including March 31, 2008. This is essential to ensure that the Appellant is provided with effective assistance of counsel. As noted, counsel for the State does not object to the granting of this motion.

## III. LEGAL GROUNDS:

This motion is brought pursuant to C.P.B. §66-1, §66-2, §60-2, §60-3, and to the indigent defendant-appellant's constitutional right to the effective assistance of counsel.

Respectfully submitted,
Anthony Sinchak
Appellant
By: CRomano

Cynthia Fernandez-Romano, Esq.
Firm Juris No. 423369
Fernandez & Romano, P.C.
45 Wintonbury Avenue Suite 107
Bloomfield, CT 06002
Tel. (860) 286-9026
Fax (860) 286-9028

CERTIFICATION

I HEREBY CERTIFY, UNDER PENALTY, THAT A TRUE COPY OF THE FORGOING STATUS REPORT (AND ATTACHMENTS) WAS MAILED U.S. MAIL, 1 ST CLASS, TO THE COUNSEL FOR THE RESPONDANT LISTED BELOW;

ATTNY MICHAEL E. O'HARE
OFFICE OF THE CHIEF STATES ATTORNEY
300 CORPORATE PLACE
ROCKY HILL, CT. 06067.

ON THIS DATE, MARCH 3, 2008

RESPECTFULLY SUBMITTED,

MARCH 20, 2008

A.J. SINCHAK #64249 PRO SE
CCI 900 HIGHLAND AVE.
CHESHIRE, CT.
06410.