UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SINCHAK
V.
WARDEN

CIVIL ACTION NO.
3:00 CV 34 (SRU)

FILED 2008 MAY 16 P 1:30
U.S. DISTRICT COURT
BRIDGEPORT

MAY 14, 2008

### STATUS REPORT

1) PETITIONERS STATE PETITIONS FOR WRIT OF HABEAS CORPUS, TITLED; SINCHAK V. WARDEN, NO. CV00-800827, AND SINCHAK V. WARDEN, NO. CV07-4001895-S ARE NOW AT THE STATE APPELATE COURT LEVEL.

2) PETITIONERS APPEALS ON THE ABOVE TITLED PETITIONS ARE CURRENTLY ON HOLD, PENDING A MOTION FOR EXTENSION OF TIME (SEE ATTACHED)

3) PETITIONER WILL NOTIFY THIS HONORABLE COURT AS TO THE STATUS OF THESE APPEALS, IN A TIMELY MANNER, AND PRAYS THIS HONORABLE COURT IS UNDERSTANDING OF HIS EFFORTS, AND IS PATIENT WITH HIS PETITION.

RESPECTFULLY SUBMITTED, THIS DATE, MAY 14, 2008

*A.J. Sinchak* (signature)

A.J. SINCHAK #64249 (PRO SE)
CCI 900 HIGHLAND AVE
CHESHIRE, CT. 06410.



# FERNANDEZ & ROMANO P.C.
The Winton Building
45 Wintonbury Avenue
Suite 107
(860) 286-9026
Fax: (860) 286-9028
Aaron J. Romano*
Cynthia M. Fernandez-Romano*
*member of CT, PA, and U.S.V.I. bar

****PRIVILEGED MATERIAL- ATTORNEY CLIENT CORRESPONDENCE****

May 8, 2008

Mr. Anthony Sinchak #64249
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

   Re: <u>Your correspondence of May 7, 2008</u>

Dear Mr. Sinchak:

  Your appeal is currently on hold pending the extension. I will let you know as things proceed. Please inform the District Court that your attorney has continued the matter for briefing.

  If you have any questions please do not hesitate to contact me at 860-286-9026.

          Sincerely,

          Aaron J. Romano, Esq.

CERTIFICATION

I HEREBY CERTIFY, UNDER PENALTY OF PURJURY, THAT A TRUE COPY OF THE FORGOING STATUS REPORT (AND ATTACHMENT) WAS MAILED, 1ST CLASS, U.S. MAIL, TO THE COUNSEL FOR THE RESPONDANT LISTED BELOW;

    ATTNY. M.E. O'HARE
    OFFICE OF THE CHIEF STATES ATTORNEY
    300 CORPORATE PLACE
    ROCKY HILL, CT.
    06067

ON THIS DATE, MAY 14, 2008
RESPECTFULLY SUBMITTED,

*[signature]*

A.J. SINCHAK 64249
CCI 900 HIGHLAND AVE
CHESHIRE, CT.
06410.